United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESVIN BELARMINO PEREZ AGUILAR | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2451 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING | § | |
| CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Esvin Belarmino Perez Aguilar filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1).  On May 13, 2026, the Court ordered the respondents to answer (Dkt. 4).  The respondents filed an advisory (Dkt. 5) stating that they removed the petitioner to Guatemala on May 6, 2026, before the order to answer was entered.

Because the petitioner is no longer in the respondents' custody, this habeas action is **DISMISSED as moot**.  All pending motions are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____May 28_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE